478 A.2d 900

Kossowsky, Appellant, v. Travelers.

Reargument Denied Aug. 16, 1984.

Petition for Allowance of Appeal
Denied Feb. 11, 1985.

Argued February 8, 1984. Saul Davis, for appellant; Amy S. Cunningham, for appellees.

Before BROSKY, OLSZEWSKI and JOHNSON, JJ.

Judgment affirmed.

478 A.2d 127

Kupetz v. Kupetz, Appellant.

Petition for Allowance of Appeal
Denied Oct. 12, 1984.

Submitted May 18, 1984. Gregory Kupetz, appellant, in propria persona; William J. Haberstroh, for appellee.

Before McEWEN, OLSZEWSKI and ROBERTS, JJ.

Order affirmed.